UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEYLA O. AGUILAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:12-cv-664- SEB-DKL |
| vs. ) | |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court, having reviewed the Magistrate Judge's Report and Recommendation at Docket No. 19 and observing that no party objected to it within the time permitted under 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), finds said Report and Recommendation is sound and well-reasoned and adopts it as the ruling of this Court.

Accordingly, the Commissioner's decision denying Plaintiff's application for disability benefits and a declaration of a period of disability is AFFIRMED.

Date: 09/05/2013

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Patrick Harold Mulvany
patrick@mulvanylaw.com